AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___06/17/2008___,
by:                                                                                                         ___12:45PM___

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
___Corporation Service Company___; or

Served in hand to Bernardo Montanez, agent authorized to accept service on behalf
of Gomez, Inc. Served at 84 State St, Suite 550, Boston, MA.

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ __90.00__ for services, for a total of $ __90.00__.

ADDITIONAL DOCUMENTS SERVED: (1) Civil Cover Sheet; (2) Supplemental Order to Order Setting of Initial Case Management Conference in Civil Cases before Judge William Alsup; (3) Joint Case Management Statement and Proposed Order; (4) Plaintiff BrowserCam, Inc.'s Certification of Interested Entities or Persons; (5) Order Setting Initial Case Management Conference and ADR Deadlines; (6) Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before the Honorable William Alsup; (7) Guidelines re filing process; (9) Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and (9) Booklet: Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.

Date:    __6/17/08__                                          _____
                                                                     Server's signature

                                                              PROCESS SERVER
                                         Michael B. Fixman
                                                              Printed name and title

ALBERT F. PALLADINO, Notary Public
My Commission Expires Jun 23, 2011

                                                              72 Hancock St., Everett, MA 02149
                                                              617-387-1100
                                                                     Server's address