Michael A. Mugmon (SBN: 251958)
michael.mugmon@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Jonathan A. Shapiro (*pro hac vice* pending)
jonathan.shapiro@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GOMEZ, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BROWSERCAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOMEZ, INC., <br><br> Defendant. | Case No. C 08 2959 <br><br> **NOTICE OF APPEARANCE OF MICHAEL A. MUGMON, ESQ.** |

PLEASE TAKE NOTICE that Michael A. Mugmon, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears in this action as counsel for the above-captioned Defendant, Gomez, Inc. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on Michael A. Mugmon, Esq. pursuant to Local Rule 5-5(b), at the below-listed electronic mail address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2008                WILMER CUTLER PICKERING HALE AND DORR LLP

      /s/ Michael A. Mugmon /s/
      Michael A. Mugmon

Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

michael.mugmon@wilmerhale.com

Attorney for Defendant GOMEZ, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 3, 2008.

Dated: July 3, 2008                           Respectfully submitted,

                                               /s/ Michael A. Mugmon /s/
                                               Michael A. Mugmon