WILMER CUTLER PICKERING
 HALE AND DORR LLP
Michael A. Mugmon (SBN: 251958)
michael.mugmon@wilmerhale.com
Jonathan A. Shapiro (*pro hac vice* pending)
jonathan.shapiro@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GOMEZ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., | Case No. C 08 2959 |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT GOMEZ, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| GOMEZ, INC., | |
| Defendant. | |

WHEREAS, Plaintiff's complaint was filed Friday, June 13, 2008, and Defendant Gomez, Inc. ("Gomez") was served with the complaint on Tuesday, June 17, 2008;

WHEREAS, the current deadline for Gomez to file and serve its answer or otherwise respond to Plaintiff's complaint is Monday, July 7, 2008;

WHEREAS, Plaintiff agrees to extend this deadline to Tuesday, July 22, 2008;

WHEREAS, the requested extension will provide Defendant with an additional two weeks to appropriately respond to the allegations presented in Plaintiff's complaint;

Case No. C 08 2959                                              STIPULATION EXTENDING TIME FOR DEFENDANT GOMEZ, INC.
                                                                                  TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
                                                                                                                          COMPLAINT

NOW THEREFORE, the parties, by and through their respective counsel of record, stipulate that Gomez may file and serve its answer or otherwise respond to Plaintiff's complaint by Tuesday, July 22, 2008.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 3, 2008          WILMER CUTLER PICKERING
                             HALE AND DORR LLP

/S/
_____
Michael A. Mugmon

Attorney for Defendant GOMEZ, INC.

DATED: July 3, 2008          ALLEN MATKINS LECK GAMBLE
                             MALLORY & NATSIS

/S/ Jonathan Shapiro (with permission)
_____
Stephen S. Walters
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516
swalters@allenmatkins.com

Attorneys for Plaintiff BROWSERCAM, INC.

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 3rd day of July, 2008, at Palo Alto, California.

/S/
_____
Michael A. Mugmon, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. C 08 2959     STIPULATION EXTENDING TIME FOR DEFENDANT GOMEZ, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

US1DOCS 6735579v1

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to extend the deadline up to and including Tuesday, July 22, 2008 for Gomez to answer or otherwise respond to Plaintiff's complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                        William Alsup
                                        United States District Court Judge

Case No. C 08 2959                      (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT
                                        GOMEZ, INC. TO ANSWER OR OTHERWISE RESPOND TO
                                        PLAINTIFF'S COMPLAINT

US1DOCS 6736979v1

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304