| | |
|---|---|
| 1 | Michael A. Mugmon (SBN: 251958) |
| | michael.mugmon@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 3 | 1117 S. California Avenue |
| 4 | Palo Alto, CA 94304 |
| | Tel. (650) 858-6000 |
| 5 | Fax. (650) 858-6100 |
| 6 | Jonathan A. Shapiro (*pro hac vice* pending) |
| | jonathan.shapiro@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 8 | 1117 S. California Avenue |
| 9 | Palo Alto, CA 94304 |
| | Tel. (650) 858-6000 |
| 10 | Fax. (650) 858-6100 |
| 11 | |
| | Attorneys for Defendant |
| 12 | GOMEZ, INC. |

FILED
JUL -8 PM 3:

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., | Case No. C 08-2959-WHA |
| Plaintiff, | **ASSENTED-TO APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| vs. | |
| GOMEZ, INC., | |
| Defendant. | |

## APPLICATION

Pursuant to Civil L.R. 11-3, Jonathan A. Shapiro, an active member in good standing of the bars of the U.S. District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant GOMEZ, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Michael A. Mugmon (SBN: 251958)
    1117 S. California Avenue
    Palo Alto, CA 94304
    (650) 858-6000

4.  Until May 2007, I maintained my office at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") in Boston, Massachusetts. I recently relocated my office to WilmerHale's Palo Alto, California office. I sat for and passed the first available administration of the California Bar Examination in July 2007. In February 2008, I submitted my Application for Determination of Moral Character. The Committee of Bar Examiners of the State Bar of California is currently processing my Application for Determination of Moral Character. Stephen Walters, counsel for BrowserCam, Inc., has consented to my appearing *pro hac vice*.

I respectfully request that the Court enter the accompanying proposed order permitting

1 | me to be admitted to appear *pro hac vice* in this action.

2 | I declare under penalty of perjury that the foregoing is true and correct.

3 |

4 | Dated: July 7, 2008                          Respectfully submitted,

                                                 /s/ Jonathan A. Shapiro
                                                 Jonathan A. Shapiro

RECEIVED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOMEZ, INC., <br><br> Defendant. | Case No. C 08-2959-WHA <br><br> **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Jonathan A. Shapiro, an active member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, whose business address and telephone number is: 1117 S. California Avenue, Palo Alto, California 94304, (650) 858-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOMEZ, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45 *Electronic Case Filing*.

Dated: July 7, 2008

_____
United States District Judge
William Alsup

Page 1
Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No. 08-2959-WHA

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States and reside in the State of California. I am employed in |
| 3 | Santa Clara County, State of California. I am over the age of eighteen years, and not a party to |
| 4 | the within action. My business address is 1117 California Avenue, Palo Alto, California, 94304. |
| 5 | On July 7, 2008, I served the foregoing document(s) described as: |
| 6 | **ASSENTED-TO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* and (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

_____   By transmitting via electronic mail the document(s) listed above to the addresses set forth below:

__X__   By causing a true and correct copy thereof, together with a signed copy of this declaration to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Counsel for **BrowserCam, Inc.**

| | |
|---|---|
| **Nicholas A. Subias** | **Stephen Scott Walters** |
| Allen Matkins Leck Gamble Mallory & Natsis, LLP | Allen Matkins Leck Gamble Mallory & Natsis LLP |
| Three Embarcadero Center | Three Embarcadero Center |
| 12th Floor | 12th Floor |
| San Francisco, CA 94111-4015 | San Francisco, CA 94111-4074 |
| 415-837-1515 | 415-273-7474 |
| Email: nsubias@allenmatkins.com | Fax: 415-837-1516 |
| | Email: SWalters@allenmatkins.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2008 at Palo Alto, California.

_Patricia Shore_

Case No. C 08-2959                                                                                              Proof of Service
US1DOCS 6738987v1