E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., | Case No. C 08-2959-WHA |
| Plaintiff, | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| GOMEZ, INC., | |
| Defendant. | |

    Jonathan A. Shapiro, an active member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, whose business address and telephone number is: 1117 S. California Avenue, Palo Alto, California 94304, (650) 858-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOMEZ, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45 *Electronic Case Filing*.

Dated: July 7, 2008

United States District Judge
William Alsup