1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  Jonathan A. Shapiro (SBN: 257199)
    jonathan.shapiro@wilmerhale.com
3  Michael A. Mugmon (SBN: 251958)
    michael.mugmon@wilmerhale.com
4  1117 S. California Avenue
    Palo Alto, CA 94304
5  Tel. (650) 858-6000
    Fax. (650) 858-6100
6
   Attorneys for Defendant
7  GOMEZ, INC.

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12  BROWSERCAM, INC.,                )   Case No. C-08-2959-WHA
                                     )
13         Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER TO CONTINUE THE INITIAL**
    vs.                              )   **CASE MANAGEMENT CONFERENCE**
14                                   )   **AND ASSOCIATED DEADLINES**
    GOMEZ, INC.,                     )
15                                   )
           Defendant.                )
16                                   )
                                     )
17                                   )
                                     )
18

19
       The Parties to this action stipulate and agree, by and through their undersigned counsel of
20
    record, as follows:
21

22     WHEREAS, Plaintiff's complaint was filed Friday, June 13, 2008, and Defendant Gomez,

23  Inc. was served with the complaint on Tuesday, June 17, 2008;

24     WHEREAS, Defendant filed its Motion to Dismiss or Transfer on Tuesday, July 22, 2008;

25     WHEREAS, the hearing before the Court on Defendant's Motion to Dismiss or Transfer is

26  currently scheduled for Thursday, September 25, 2008 at 8:00 a.m.;

27     WHEREAS, the Initial Case Management Conference ("CMC") for this action is currently

28  scheduled for Thursday, September 18, 2008 at 11:00;

Case No. C 08-2959-WHA                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL
                                          CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

WHEREAS, for reasons of judicial economy and efficiency, the Parties believe that the CMC currently scheduled for September 18, 2008, as well as the items associated with that CMC, should be deferred pending a ruling on Defendant's Motion to Dismiss or Transfer;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AND RESPECTFULLY REQUEST THAT THE COURT ENTER AN ORDER as follows:

1. The CMC currently scheduled for September 18, 2008, and other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, shall be vacated;

2. The CMC shall be rescheduled, if necessary, to 30 days after the Court's order on Defendant's Motion to Dismiss or Transfer or such other date ordered by the Court, and all other associated deadlines shall be rescheduled in accordance with the new date for the CMC (i.e., each event shall precede the rescheduled CMC by the same period as the original deadlines preceded the original CMC date).

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 27, 2008                     WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                            /S/ Jonathan A. Shapiro
                                            _____
                                            Jonathan A. Shapiro

                                            Attorney for Defendant GOMEZ, INC.

Case No. C 08-2959-WHA                     STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL
                                            CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

DATED: August 27, 2008

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS

/S/ Stephen S. Walters (with permission)

---

Stephen S. Walters
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516
swalters@allenmatkins.com

Attorney for Plaintiff BROWSERCAM, INC.

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27 day of August, 2008, at Palo Alto, California.

/S/

---

Jonathan A. Shapiro, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. C 08-2959-WHA    STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

**[PROPOSED] ORDER**

The Court hereby GRANTS the Parties' stipulated request and VACATES the deadlines – including the CMC currently scheduled for September 18, 2008 – set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines pending a ruling on Defendant's Motion to Dismiss or Transfer; the CMC shall be rescheduled, if necessary, to 30 days after the Court's order on Defendant's Motion to Dismiss or Transfer or such other date ordered by the Court, and all other associated deadlines shall be rescheduled in accordance with the new date for the CMC (i.e., each event shall precede the rescheduled CMC by the same period as the original deadlines preceded the original CMC date).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                   William H. Alsup
                                   United States District Court Judge

Case No. C 08-2959-WHA    STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

US1DOCS 6798039v1