STEPHEN S. WALTERS (BAR NO. 54746)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: swalters@allenmatkins.com
        nsubias@allenmatkins.com

Attorneys for Plaintiff BrowserCam, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BrowserCam, Inc., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Gomez, Inc., a Delaware corporation, <br><br> Defendant. | Case No. C-08-02959-WHA <br><br> **DECLARATION OF STEPHEN S. WALTERS IN OPPOSITION TO DEFENDANT GOMEZ, INC.'S MOTION TO DISMISS OR TRANSFER** <br><br> Date: September 25, 2008 <br> Time: 8:00 a.m. <br> Ctrm: 9, 19th Floor <br> Judge: Hon. William H. Alsup |

Stephen S. Walters declares as follows:

1.  I am an attorney at law, duly licensed to practice before all the courts of the State of California, and am admitted to practice before the United States District Court for the Northern District of California. I am a partner with Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), attorneys for plaintiff BrowserCam, Inc. ("BrowserCam") in this action. If called as a witness, I could testify competently to the matters set forth in this declaration, except for those matters stated upon information and belief, and as for those matters, I believe them to be true.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

746344.01/SF

Case No. C-08-02959-WHA
DECLARATION OF STEPHEN S. WALTERS
-1-

2.  As a result of conversations between myself and John Witchel of BrowserCam, I am informed and on that basis believe that on or about July 16, 2008, Rick Darer of defendant Gomez, Inc. ("Defendant") sent to Mr. Witchel an email containing a single screen shot. This was the only screen shot which Defendant sent to BrowserCam. A true and correct copy of the screen shot is attached hereto as "Exhibit A."

3.  Attached hereto as "Exhibit B" is a true and correct copy of a print-out from the California Secretary of State's Business Portal. The print-out indicates that BrowserCam is a California Corporation with its principal address located at 1450 Castro #1, San Francisco, CA 94114, and that BrowserCam was incorporated on January 4, 2005.

4.  On the basis of my investigation in this action, I am informed and on that basis believe that events giving rise to this litigation, including at least two pre-sale meetings between principals of BrowserCam and Defendant, occurred in the Northern District of California. In addition, a number of probable witnesses, including important third-party witnesses from Arbor Advisors, LLC, are located in this judicial district. Specifically, Louis Doctor of Arbor Associates LLC was the principal contact between BrowserCam and Defendant, and negotiated the Asset Purchase Agreement directly with Defendant on behalf of BrowserCam. Arbor Advisors, LLC is located at 1950 University Avenue, East Palo Alto, CA 94303. I know of no probable witnesses who are located in the Southern District of New York or are subject to a trial or deposition subpoena in that state.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of September 2008 in San Francisco, California.

/s/ Stephen S. Walters
Stephen S. Walters

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

746344.01/SF

-2-

Case No. C-08-02959-WHA
DECLARATION OF STEPHEN S. WALTERS

EXHIBIT A



| Month | Amount |
|---|---|
| May 2008 | $54,740.10 |
| April 2008 | $52,562.31 |
| March 2008 | $54,571.47 |
| February 2008 | $65,850.95 |
| January 2008 | $58,751.00 |
| December 2007 | $54,026.95 |
| November 2007 | $56,891.00 |
| October 2007 | $59,288.55 |
| September 2007 | $50,836.85 |
| August 2007 | $58,300.80 |
| July 2007 | $57,399.40 |

**EXHIBIT B**

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 29, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| BROWSERCAM, INC. |||
| **Number:** C2716203 | **Date Filed:** 1/4/2005 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 1450 CASTRO #1 |||
| SAN FRANCISCO, CA 94114 |||
| Agent for Service of Process |||
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |||
| 2730 GATEWAY OAKS DR STE 100 |||
| SACRAMENTO, CA 95833 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.