

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO

11   BrowserCam, Inc., a California corporation,    Case No. C-08-02959-WHA

12            Plaintiff,                            [PROPOSED] ORDER DENYING
                                                    DEFENDANT GOMEZ, INC.'S MOTION
13        vs.                                       TO DISMISS OR TRANSFER

14   Gomez, Inc., a Delaware corporation,

15            Defendant.

16

17        On September 25, 2008, at 8:00 a.m., in Courtroom 9 of the above-entitled Court,

18   before the Honorable William H. Alsup, the following matter was heard:  Defendant

19   Gomez, Inc.'s motion (1) seeking dismissal or transfer of this action pursuant to 28 U.S.C.

20   §§  1406, 1404, or FED. R. CIV. P 12(b)(3), on the basis forum is inappropriate in the

21   Northern District of California; and (2) seeking dismissal of this action pursuant to FED. R.

22   CIV. P 12(b)(1), on the basis plaintiff BrowserCam, Inc.'s Claims for Relief are not ripe.

23        The Court, having considered the moving, opposition, and reply papers submitted by the

24   parties, and any oral arguments of counsel thereon, and good cause appearing therefore:

25   /////

26   /////

27   /////

28   /////

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**
                                                              Case No.  C-08-02959-WHA
746358.01/SF                                    [PROPOSED] ORDER DENYING DEFENDANT GOMEZ
                                                       INC.'S MOTION TO DISMISS OR TRANSFER

1        IT IS HEREBY ORDERED that defendant Gomez, Inc's motion is DENIED in its

2    entirety.

3    IT IS SO ORDERED

4

5    Dated: _____, 2008

6                                                        _____
                                                         HONORABLE WILLIAM ALSUP
                                                         United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

746358.01/SF

Case No.  C-08-02959-WHA
[PROPOSED] ORDER DENYING DEFENDANT
GOMEZ, INC.'S MOTION TO DISMISS OR TRANSFER
-2-