WILMER CUTLER PICKERING
 HALE AND DORR LLP
Jonathan A. Shapiro (SBN: 257199)
jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN: 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GOMEZ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., ) | Case No. C-08-2959-WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE THE INITIAL** |
| vs. ) | **CASE MANAGEMENT CONFERENCE** |
| ) | **AND ASSOCIATED DEADLINES** |
| GOMEZ, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The Parties to this action stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, Plaintiff's complaint was filed Friday, June 13, 2008, and Defendant Gomez, Inc. was served with the complaint on Tuesday, June 17, 2008;

WHEREAS, Defendant filed its Motion to Dismiss or Transfer on Tuesday, July 22, 2008;

WHEREAS, the hearing before the Court on Defendant's Motion to Dismiss or Transfer is currently scheduled for Thursday, September 25, 2008 at 8:00 a.m.;

WHEREAS, the Initial Case Management Conference ("CMC") for this action is currently scheduled for Thursday, September 18, 2008 at 11:00;

WHEREAS, for reasons of judicial economy and efficiency, the Parties believe that the CMC currently scheduled for September 18, 2008, as well as the items associated with that CMC, should be deferred pending a ruling on Defendant's Motion to Dismiss or Transfer;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AND RESPECTFULLY REQUEST THAT THE COURT ENTER AN ORDER as follows:

1. The CMC currently scheduled for September 18, 2008, and other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, shall be vacated;

2. The CMC shall be rescheduled, if necessary, to 30 days after the Court's order on Defendant's Motion to Dismiss or Transfer or such other date ordered by the Court, and all other associated deadlines shall be rescheduled in accordance with the new date for the CMC (i.e., each event shall precede the rescheduled CMC by the same period as the original deadlines preceded the original CMC date).

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 27, 2008                    WILMER CUTLER PICKERING
                                          HALE AND DORR LLP


                                          /S/ Michael A. Mugmon
                                          _____
                                          Michael A. Mugmon

                                          Attorney for Defendant GOMEZ, INC.

Case No. C 08-2959-WHA    STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL
                         CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

DATED: August 27, 2008          ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS

/S/ Stephen S. Walters (with permission)

---

Stephen S. Walters
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516
swalters@allenmatkins.com

Attorney for Plaintiff BROWSERCAM, INC.

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27 day of August, 2008, at Palo Alto, California.

/S/

---

Michael A. Mugmon, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. C 08-2959-WHA      STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

**[PROPOSED] ORDER**

The Court hereby GRANTS the Parties' stipulated request and VACATES the deadlines – including the CMC currently scheduled for September 18, 2008 – set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines pending a ruling on Defendant's Motion to Dismiss or Transfer; the CMC shall be rescheduled, if necessary, to 30 days after the Court's order on Defendant's Motion to Dismiss or Transfer or such other date ordered by the Court, and all other associated deadlines shall be rescheduled in accordance with the new date for the CMC (i.e., each event shall precede the rescheduled CMC by the same period as the original deadlines preceded the original CMC date).

The CMC is hereby rescheduled to October 2, 2008, at 11:00AM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 5, 2008.



_____
William H. Alsup
United States District Court Judge

Case No. C 08-2959-WHA        STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL
                              CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES
US1DOCS 6798039v1