WILMER CUTLER PICKERING
HALE AND DORR LLP
Jonathan A. Shapiro (SBN: 257199)
jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN: 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Attorneys for Defendant
GOMEZ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., | Case No. C 08-2959-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GOMEZ, INC. TO FILE AND SERVE AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| GOMEZ, INC., | |
| Defendant. | |

WHEREAS, Plaintiff BrowserCam's Complaint was filed Friday, June 13, 2008, and Defendant Gomez, Inc. ("Gomez") was served with the Complaint on Tuesday, June 17, 2008;

WHEREAS, Gomez filed a motion to dismiss or transfer the action on Tuesday, July 22, 2008;

WHEREAS, the Court denied Gomez's motion to dismiss or transfer on Friday, September 26, 2008;

WHEREAS, Gomez's Answer is currently due on Friday, October 10, 2008;

WHEREAS, Gomez has requested, and counsel for Plaintiff has agreed to, a one-week extension up to and including Friday, October 17, 2008, for Gomez to file its Answer;

NOW THEREFORE, the Parties, by and through their respective counsel of record, stipulate that Gomez may file and serve its Answer to Plaintiff's Complaint up to and including Friday, October 17, 2008.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 9, 2008                    WILMER CUTLER PICKERING
                                           HALE AND DORR LLP

                                          /S/  Jonathan A. Shapiro
                                          _____
                                          Jonathan A. Shapiro

                                          Attorney for Defendant GOMEZ, INC.

DATED: October 9, 2008                    ALLEN MATKINS LECK GAMBLE
                                           MALLORY & NATSIS

                                          /S/  Stephen S. Walters (with permission)
                                          _____
                                          Stephen S. Walters
                                          Three Embarcadero Center, 12th Floor
                                          San Francisco, CA 94111-4074
                                          Tel: (415) 837-1515
                                          Fax: (415) 837-1516
                                          swalters@allenmatkins.com

                                          Attorney for Plaintiff BROWSERCAM, INC.

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of October, 2008, at Palo Alto, California.

                                          /S/  Jonathan A. Shapiro
                                          _____
                                          Jonathan A. Shapiro, Esq.

---

Case No. C 08-2959-WHA          STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT
                                GOMEZ, INC. TO FILE AND SERVE AN ANSWER TO PLAINTIFF'S COMPLAINT

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

# [~~PROPOSED~~] ORDER

The Court hereby GRANTS the Parties' stipulated request to extend the deadline up to and including Friday, October 17, 2008 for Gomez to file and serve its Answer to Plaintiff's Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 10, 2008

IT IS SO ORDERED
Judge William Alsup

_____
William H. Alsup
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Case No. C 08-2959-WHA
US1DOCS 6846127v1

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT GOMEZ, INC. TO FILE AND SERVE AN ANSWER TO PLAINTIFF'S COMPLAINT