IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROWSERCAM, INC., a California corporation,

    Plaintiff,

  v.

GOMEZ, INC., a Delaware corporation,

    Defendant.
                                 /

No. C 08-02959 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

      The Court is in receipt of plaintiff's letter of December 3, 2008, concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **DECEMBER 8, 2008. AT 11:00 A.M.** in the Attorney's Lounge on the Eighteenth Floor of the federal courthouse. The Court shall hold a hearing on any remaining outstanding issue(s) at **2:00 P.M. IN COURTROOM NO. 9** on the same day. Defendant's response to plaintiff's letter is due by **NOON ON DECEMBER 5**.

      **IT IS SO ORDERED.**

Dated: December 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE