IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROWSERCAM , INC., a California corporation,

    Plaintiff,

v.

GOMEZ, INC., a Delaware corporation,

    Defendant.

No. C 08-02959 WHA

**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

    The Court had previously been informed by counsel that the discovery dispute had been resolved. Now, however, it has apparently come back to life. The problem now is that the judge is beginning a siege of trials and no longer has the time for resolving discovery disputes in the foreseeable future. Therefore, all discovery disputes in this case, including the current one, are hereby **REFERRED** to a magistrate judge to be selected. All deadlines in the case management order remain in place.

    **IT IS SO ORDERED.**

Dated: December 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE