IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROWSERCAM INC., a California corporation,

    Plaintiff,

  v.

GOMEZ INC., a Delaware corporation,

    Defendant.
                               /

No. C 08-02959 WHA

**ORDER RE DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

      Due to a clerical error and due to the Court's press for time, the hearing on defendant's motion to compel arbitration and to stay proceedings was taken off calendar. The Court will decide on the papers already submitted.

      **IT IS SO ORDERED.**

Dated: January 22, 2009.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE