IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROWSERCAM, INC., a California corporation,

    Plaintiff,

  v.

GOMEZ, INC., a Delaware corporation,

    Defendant.
                                  /

No. C 08-02959 WHA

**ORDER RE ARBITRATION**

      JAMS is not an accounting firm.  The contract requires a "reasonably agreeable independent accounting firm."  The parties must start the selection process completely over.  The parties must limit themselves to independent accounting firms.  Neither plaintiff nor defendant, however, should be able to choose an accounting firm that it previously worked with, unless the other party finds such accounting firm reasonably agreeable.  **WITHIN THIRTY DAYS OF THE DATE HEREOF**, the parties must select an independent accounting firm and notify the Court that the independent accounting firm is on board.  Status reports to this Court on the progress of the arbitration will be required every twelve weeks, starting twelve weeks from the date hereof.  The parties must jointly notify the Court of the completion of arbitration within seven days of completion.  The parties must complete arbitration by **DECEMBER 3, 2009**.

      **IT IS SO ORDERED.**

Dated: March 3, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE