COOLEY GODWARD KRONISH LLP
BEATRIZ MEJIA (190948) (mejiab@cooley.com)
COURTNEY T. NGUYEN (221256) (cnguyen@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant
GOMEZ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOMEZ, INC., a Delaware corporation,<br><br>Defendant. | Case No.  CV 08-2959 WHA<br><br>[PROPOSED] ORDER<br><br><br>Judge:  Hon. William Alsup<br>Complaint Filed:  June 13, 2008 |

**IT IS HEREBY ORDERED** that COOLEY GODWARD KRONISH LLP is substituted as counsel of record for defendant Gomez, Inc.

Dated: __April 1_____, 2009

IT IS SO ORDERED
Judge William Alsup

1128053 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER
CV 08-2959 WHA