IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWSERCAM, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GOMEZ, INC., a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C 08-02959 WHA<br><br>**ORDER RE SETTLEMENT** |

    The Court acknowledges and thanks plaintiff's notice of the settlement of the captioned case but cautions that all deadlines remain active until a final dismissal is filed.

**IT IS SO ORDERED.**

Dated: April 1, 2009.

                                                                           WILLIAM ALSUP<br>
                                                                           UNITED STATES DISTRICT JUDGE