ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@rmkb.com
landara@rmkb.com

Attorneys for Plaintiff
BROWSERCAM, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BROWSERCAM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOMEZ, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C-08-02959-WHA<br><br>**STIPULATION AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the above-captioned case shall be dismissed in its entirety, with prejudice. Accordingly, the parties request entry of an order dismissing the entire case, with prejudice.

Dated: April 2, 2009     ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ Robert P. Andris
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiff

RC1/5284331.1/LD

STIPULATION AND REQUEST FOR DISMISSAL [PROPOSED] ORDER
C-08-02959-WHA

| | | |
|---|---|---|
| 1 | Dated: April 2, 2009 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By:/s/ Courtney T. Nguyen |
| 4 | | BEATRIZ MEJIA<br>COURTNEY T. NGUYEN<br>Attorneys for Defendant |
| 5 | | GOMEZ, INC. |

**ATTESTATION OF ELECTRONIC FILING**

As the attorney for plaintiff e-filing this document, I hereby attest that Courtney T. Nguyen concurred in this filing.

Dated: April 2, 2009          ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ Robert P. Andris
   ROBERT P. ANDRIS
   LAEL D. ANDARA
   Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to Stipulation,

IT IS SO ORDERED.

Dated: April 3, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

RC1/5284331.1/LD

- 2 -

FOR STIPULATION AND REQUEST ~~FRO~~ DISMISSAL
~~[PROPOSED]~~ ORDER
C-08-02959-WHA